CASES REPORTED WITH BRIEF SYLLABI. **903**

App. Div.]

First Department, February, 1922.

costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM A. JEPSON, Appellant, v. DEXTER & CARPENTER, INC., Respondent.— Without passing upon the sufficiency of the proposed amended complaint as setting forth a cause of action in equity, the order is reversed and the motion granted upon payment of taxable costs of the action to date to be taxed and ten dollars costs of motion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MILTON A. BERNHEIM, Respondent, v. JETTCHEN JACOB and Others, Defendants. MORRIS SANDBERG, Appellant; FRANK A. RAPPOLT, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LOUIS A. SABLE, Appellant, v. LOUIS A. VAN DYK, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements; bill of particulars to be served within five days from service of order. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LOUIS A. SABLE, Respondent, v. LOUIS A. VAN DYK, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

W. & J. SLOANE, Appellant, v. MARY H. HILL, Respondent.— Order modified by directing that the order for the examination be modified by providing that the examination shall be before the referee appointed herein; and as so modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GEORGE C. DAGHER, Respondent, v. PAN-AMERICAN TRADING COMPANY, INC., Appellant.— Order reversed and the motion granted upon payment of taxable costs to date and ten dollars costs of motion, and the cause placed at the head of the calendar for trial on the first Monday of March, 1922. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CARL H. PAGE and Another, Respondents, v. NATIONAL SURETY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.; Page, J., dissenting on the authority of Custen v. Robison (180 App. Div. 384, 387).

LEITNER, BRENER & STARR. INC., and Another, Respondents, v. ABRAHAM LEIPZIG, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CHARLES M. GRAY MARBLE AND SLATE COMPANY, Plaintiff, v. VALENTINE SCHAEFER, Doing Business under the Firm Name of SOMMERVILLE ELEVATOR COMPANY, Respondent, Impleaded with Others. EARLINGTON REALTY CORPORATION, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and the motion granted except as stated in order; the bill of particulars to be served within five days from service of order. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CHARLES M. GRAY MARBLE AND SLATE COMPANY, Plaintiff, v. EARLINGTON